THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

KAREN IZQUIERDO,

    Plaintiff,

v.

ALL SEASON SOLAR, LLC, et al.,

    Defendants.

Civil No. 21-5282 (JHR/EAP)

## ORDER

This matter has come before the Court upon Defendant All Season Solar, LLC's letter application, ECF No. 29, seeking an Order dismissing Plaintiff Karen Izquierdo's Complaint for her failure to comply with this Court's orders and to prosecute her claims. The Court having considered the Report and Recommendation submitted by the Honorable Elizabeth A. Pascal, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown,

IT IS on this 5th day of April 2023, 2023, hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                                                JOSEPH H. RODRIGUEZ
                                                United States District Judge